# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GAMEHANCEMENT LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-cv-00601-JRG-RSP |
| | § | |
| TOBII AB, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (the "Notice") filed by Plaintiff Gamehancement LLC ("Plaintiff"). (Dkt. No. 7.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITH PREJUDICE under Rule 41(a)(1)(A)(i). (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Jun 6, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE